# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| **GREGORY BOURKE, et al.** | ) | |
| | ) | |
|     Plaintiffs | ) | |
| | ) | |
| v. | ) | CASE No. 3:13-CV-750 (JGH) |
| | ) | *Electronically filed* |
| **STEVE BESHEAR, et al.** | ) | |
| | ) | |
| | ) | |
|     Defendants | ) | |

## AGREED ORDER FOR EXTENSION OF TIME TO ANSWER

Comes counsel for Defendants, Steven L. Beshear, in his official capacity as Governor of Kentucky, and Jack Conway, in his official capacity as Kentucky Attorney General, and counsel for Plaintiffs, stating that the parties have, by agreement and pursuant to Local Rule 7.1(b), extended the time for Defendants to answer Plaintiffs' complaint or respond by motion until September 25, 2013.  Counsel for the stated Defendants has consulted with Shannon Fauver, counsel for Plaintiffs, who has authorized the undersigned to submit this agreed motion on behalf of both parties.

    Submitted this 16th day of September, 2013.

                                                     Respectfully Submitted,
                                                   Jack Conway, Attorney General

                                                   /s/ Clay A. Barkley
                                                   **Clay A. Barkley**
                                                   Assistant Attorney General
                                                   Office of the Attorney General
                                                   700 Capital Ave. Suite 118
                                                   Frankfort, KY  40601
                                                   502-696-5300

Agreed:

/s/ Shannon Fauver (with permission)    /s/ Clay A. Barkley
**Shannon Fauver**    **Clay A. Barkley**
1752 Frankfort Ave.    Assistant Attorney General
Louisville, KY 40206    Office of the Attorney General
502-569-7710    700 Capital Ave. Suite 118
COUNSEL FOR PLAINTIFFS    Frankfort, KY 40601
   502-696-5300
   COUNSEL FOR DEFENDANTS,
   Governor Steven L. Beshear &
   Attorney General Jack Conway

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

I hereby certify that on September 16th, 2013, the foregoing was filed with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

Jack Conway,
Attorney General

/s/ Clay A. Barkley
**Clay A. Barkley**
Assistant Attorney General
700 Capital Ave. Suite 118
Frankfort, KY 40601
502-696-5300