UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| **GREGORY BOURKE, et al.** | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CASE No. 3:13-CV-750 (JGH) |
| | ) | *Electronically filed* |
| **STEVE BESHEAR, et al.** | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

---

## AGREED ORDER FOR EXTENSION OF TIME TO ANSWER

Comes counsel for Plaintiffs, and counsel for Defendant, Elaine Filiatreau, Nelson County Clerk, stating that the parties have, by agreement and pursuant to Local Rule 7.1, extended the time for Plaintiffs to respond to the Defendant's motion to dismiss until October 28, 2013.  Counsel for the stated Plaintiffs has consulted with Licha H Farah Jr., counsel for the Defendant Elaine Filiatreau, who has authorized the undersigned to submit this agreed

motion on behalf of both parties.

Submitted this 7th day of October, 2013.


Respectfully Submitted,


/s/ Shannon Fauver
**SHANNON FAUVER**
**Dawn Elliott**
Fauver Law Office, PLLC
1752 Frankfort Avenue
Louisville KY 40206
502-569-7710

Agreed:

/s/ Shannon Fauver
**Shannon Fauver**
Fauver Law Office, PLLC
Louisville, KY 40206
502-569-7710
COUNSEL FOR PLAINTIFFS

/s/ Licha H Farah Jr.
**Licha H Farah, Jr.**
**WARD, HOCKER & THORNTON, PLLC**
333 W. Vine Street, Suite 1100
Lexington, Kentucky 40507
 Telephone: (859) 422-6000
COUNSEL FOR DEFENDANT
Elaine Filiatreau

## <u>CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING</u>

I hereby certify that on October 7th, 2013, the foregoing was filed with the clerk of the

Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

/s/ Shannon Fauver
**SHANNON FAUVER**
**Dawn Elliott**
Fauver Law Office, PLLC
1752 Frankfort Avenue
Louisville KY 40206
502-569-7710

2