UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

GREGORY BOURKE, et al.                                                                  PLAINTIFF(S)

VS                                                                              CIVIL ACTION NO. 3:13CV-750-H

STEVE BRESHEAR, et al.                                                                  DEFENDANT(S)

### O R D E R

**IT IS HEREBY ORDERED** that this matter is set for a telephonic conference **on OCTOBER 10, 2013 at 1:00 p.m.   The Court will initiate the call.**

No later than **ONE DAY** prior to the date of the conference, each party to this action needing to participate in this conference shall notify the Court's Deputy of the name(s) of the individual(s) who will participate in the conference **and indicate the telephone number and extension at which they can be reached at that time.**  Notification may be made by e-mail to:andrea_morgan@kywd.uscourts.gov

Date: October 7, 2013

                                            **ENTERED BY ORDER OF COURT**
                                            **JOHN G. HEYBURN II,  JUDGE**
                                            **UNITED STATES DISTRICT COURT**
                                              **VANESSA L. ARMSTRONG, CLERK**

                                            **BY:**  */s/: Andrea Morgan*
                                                 **Deputy Clerk**

Copies to:
Counsel of Record