UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **GREGORY BOURKE, et al.** )  )  Plaintiffs ) )  v. ) )  **STEVE BESHEAR, et al.** )  )  )  Defendants ) | CASE No. 3:13-CV-750 (JGH)  *Electronically filed* |

## AGREED ORDER FOR EXTENSION OF TIME TO ANSWER

      Comes counsel for Plaintiffs, and counsel for Defendant, Bobbi Holsclaw, Jefferson County Clerk, stating that the parties have, by agreement and pursuant to Local Rule 7.1, extended the time for Plaintiffs to respond to the Defendant's motion to dismiss until October 28, 2013.  Counsel for the stated Plaintiffs has consulted with Stephanie French, counsel for the Defendant Elaine Filiatreau, who has authorized the undersigned to submit this agreed motion on behalf of both parties.

      Submitted this 9th day of October, 2013.

      Respectfully Submitted,

      /s/ Shannon Fauver
      **SHANNON FAUVER**
      **Dawn Elliott**
      Fauver Law Office, PLLC
      1752 Frankfort Avenue
      Louisville KY 40206
      502-569-7710

Agreed:

/s/ Shannon Fauver
**Shannon Fauver**
Fauver Law Office, PLLC
Louisville, KY 40206
502-569-7710
COUNSEL FOR PLAINTIFFS


/s/ Stephanie French
Stephanie French
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Louisville, KY 40202
(502) 574-8633
COUNSEL FOR
DEFENDANT HOLSCLAW

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

I hereby certify that on October 9th, 2013, the foregoing was filed with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

> /s/ Shannon Fauver
> **SHANNON FAUVER**
> **Dawn Elliott**
> Fauver Law Office, PLLC
> 1752 Frankfort Avenue
> Louisville KY 40206
> 502-569-7710