UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**GREGORY BOURKE, et al.**                                                               **PLAINTIFF(S)**

**VS.**                                                        **CIVIL ACTION NOS. 3:13CV-750-H**
                                                                   Related Action: 3:13CV-946-H

**STEVE BRESHEAR, et al.**                                                        **DEFENDANT(S)**

<u>**O R D E R**</u>

      The above-styled action came before the undersigned for a telephonic status conference on October 10, 2013. There appeared on behalf of the Plaintiff, Ms. Dawn R. Elliott and Ms. Shannon Renee Fauver; and on behalf of the defendant-Breshear, Conway, Mr. Clay A. Barkley; on behalf of defendant-Hosclaw, Ms. Stephanie A. French; and on behalf of defendant-Filiatreau, Mr. Licha H. Farah, Jr.

      Discussions having been held and the pending motions already filed. The Court being sufficiently advised;

      **IT IS HEREBY ORDERED** any dispositive motions can be filed on or before November 25, 2013, with responses to be filed on or before December 16, 2013. Normal reply times shall apply in accordance with the Local Rules of the Western District of Kentucky. The matters will then be submitted before the Court.

Date: October 11, 2013

Copies to:

All Counsel of Record

Court Reporter: N/A

COURT TIME: 00/25