IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| GREGORY BOURKE, ET AL. | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 3:13-CV-750-JGH |
| STEVE BESHEAR, ET AL. | ) | |
| | ) | |
| DEFENDANTS | ) | |

**ORDER**

Motion having been made, and this Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the above-styled action be restyled to: Gregory *Bourke, et al. v. Steve Breshear, et al.,* effective as of the date of this Order. The Court Clerk is directed to take any actions necessary to effectuate the restyling of this caption.