IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | |
|---|---|
| GREGORY BOURKE, ET AL. ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 3:13-CV-750-JGH |
| STEVE BESHEAR, ET AL. ) | |
| ) | |
| DEFENDANTS ) | |

**ORDER**

Motion having been made, and this Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiffs are granted leave to file their Second Amended Complaint.