IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | |
|---|---|
| GREGORY BOURKE, ET AL. ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 3:13-CV-750-JGH |
| STEVE BESHEAR, ET AL. ) | |
| ) | |
| DEFENDANTS ) | |

**ORDER**

Upon Motion of the Plaintiff, it is hereby ORDERED that the claims against Defendants Bobbie Holsclaw and Elaine Filiatreau are hereby DISMISSED WITHOUT PREJUDICE.