IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | |
|---|---|
| GREGORY BOURKE, ET AL. ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 3:13-CV-750-JGH |
| STEVE BESHEAR, ET AL. ) | |
| ) | |
| DEFENDANTS ) | |

**NOTICE OF CONSTITUTIONAL CHALLENGE**

Pursuant to Federal Rule of Civil Procedure 5.1, Plaintiffs hereby give notice that the Plaintiff's Second Amended Complaint, filed on November 15, 2013 has called into question the constitutionality of the Defense of Marriage Act, Section 2.

Respectfully submitted,

*/s/ Laura E. Landenwich*
Laura E. Landenwich
Daniel J. Canon
Louis P. Winner
CLAY DANIEL WALTON & ADAMS PLC
101 Meidinger Tower
462 South Fourth Street
Louisville, KY  40202
(502) 561-2005 – phone
(502) 415-7505 - fax
laura@justiceky.com
dan@justiceky.com
louis@justiceky.com
*Co-Counsel for Plaintiffs*

>/s/ Shannon Fauver (w/permission)
>Shannon Fauver
>Dawn Elliott
>FAUVER LAW OFFICE PLLC
>1752 Frankfort Avenue
>Louisville, KY  40206
>(502) 569-7710
>*Co-counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Stephanie French
Assistant Jefferson County Attorney
Suite 900
531 Court Place
Louisville, KY  40202
*Counsel for Defendant Bobbi Holsclaw*

Licha H. Farah, Jr.
WARD HOCKER & THORNTON PLLC
Suite 1100
333 W. Vine Street
Lexington, KY  40507
*Counsel for Defendant Elaine Filiatreau*

Clay A. Barkley
Brian Judy
Assistant Attorney Generals
Office of the Attorney General
Suite 118
700 Capital Avenue
Frankfort, KY  40601
*Counsel for Defendant Steve Beshear and Jack Conway*

I also certify that on November 19, 2013 a copy of the foregoing document was sent via United States Postal Service, first-class, postage prepaid, certified mail, return receipt requested to:

Eric H. Holder, Jr.
United States Attorney General
U. S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001
askdoj@usdoj.gov


        */s/ Laura E. Landenwich*