UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:13-CV-750-H

GREGORY BOURKE, et al.                                        PLAINTIFFS

V.

STEVE BESHEAR, et al.                                         DEFENDANTS

### MEMORANDUM AND ORDER

The parties have requested an amended scheduling order (or more accurately a delay of any further briefing) due to the additional issues raised in the amended complaint.

The Court is well aware that the amended complaint introduced some new issues, including whether Section 2 of the Defense of Marriage Act ("DOMA") is unconstitutional. However, at first glance, the question of whether Plaintiffs are entitled to relief appears not to require determining the constitutionality of Section 2. And, to the extent that the Governor or the Commonwealth wished to assert it as part of their defense, their right to do so now is no different than under the original complaint.

Consequently, the Court sees no particular reason to dramatically alter the current briefing schedule. After briefing is completed, should subsequent circumstances reveal the constitutionality of Section 2 to be more consequential to the potential relief than anticipated or participation of the United States to be more essential, the Court can certainly reconsider the schedule.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that motions supporting injunctive relief shall be filed on or before **December 16, 2013**; responses shall be filed on or before **January 13, 2014**; and replies

on or before **January 23, 2014.**

cc:     Counsel of Record