UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| **GREGORY BOURKE, et al.** | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CASE No. 3:13-CV-750 (JGH) |
| | ) | *Electronically filed* |
| **STEVE BESHEAR, et al.** | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

## DEFENDANTS STEVE BESHEAR, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF KENTUCKY, AND JACK CONWAY, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF KENTUCKY'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

\* \* \* \*

Comes Defendant Steven L. Beshear, in his official capacity as Governor of Kentucky ("Governor), and Defendant Jack Conway, in his official capacity as Attorney General of Kentucky ("Attorney General"), together "Defendants", by counsel, and respond to Plaintiffs Gregory Bourke, et al.'s Second Amended Complaint for Declaratory and Injunctive Relief ("Complaint") (RE # 31).

1. Paragraph 1. Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

2. Paragraph 2. Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

1

3. Paragraph 3. Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

4. Paragraph 4. Defendants admit that Kentucky currently does not recognize same-sex marriages. Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the remainder of Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

5. Paragraph 5. Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

6. Paragraph 6. Defendants admit that Plaintiffs Bourke and Deleon have produced a marriage certificate from Ontario, Canada dated Dec. 16, 2004. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remainder of Plaintiffs' allegations in the paragraph and therefore cannot admit or deny those allegations.

7. Paragraph 7. See response to Paragraph 6, above.

8. Paragraph 8. Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

9. Paragraph 9. Defendants are without knowledge or information sufficient to form a belief as to the remainder of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

10. Paragraph 10.      Defendants are without knowledge or information sufficient to form a belief as to the remainder of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

11. Paragraph 11.      Defendants admit that Plaintiffs Franklin and Boyd have produced a marriage certificate from Connecticut dated July 15, 2010 in the case of *Franklin v. Beshear*, No. 13-cv-946 (W.D. Ky. 2013). Defendants are without knowledge or information sufficient to form a belief as to the remainder of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

12. Paragraph 12.      Defendants are without knowledge or information sufficient to form a belief as to the remainder of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

13. Paragraph 13.      Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

14. Paragraph 14.      Defendants admit that Steven L. Beshear is the Governor of Kentucky, the chief executive officer of the Commonwealth, and is responsible for taking care that the laws of the Commonwealth be faithfully executed. Defendants deny that Governor Beshear has any specific duties relating to the enforcement of determining which marriages are valid, as that has been committed by statute to county clerks. KRS 402.080; *Brown v. Barkley*, 628 S.W.2d 616, 623 (Ky. 1982).

15. Paragraph 15.      Admit.

16. Paragraph 16.      Admit. Plaintiff's Complaint speaks for itself and requires no response.

17. Paragraph 17.    The paragraph contains legal conclusions to which no answer is required. To the extent an answer is deemed required, Defendants deny same.

18. Paragraph 18.    Plaintiff's Complaint speaks for itself and requires no response.

19. Paragraph 19.    The paragraph contains legal conclusions to which no answer is required.

20. Paragraph 20.    Admit.

21. Paragraph 21.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the paragraph and therefore cannot admit or deny those allegations. The paragraph also contains legal conclusions to which no answer is required.

22. Paragraph 22.    Admit.

23. Paragraph 23.    Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

24. Paragraph 24.    Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

25. Paragraph 25.    Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

26. Paragraph 26.    Defendants admit that KRS 402.040(2) provides that "If any resident of this state marries in another state, the marriage shall be valid here if valid in the state where solemnized." KRS 402.040(2) further provides, "unless the marriage is against Kentucky public policy."

27. Paragraph 27. Admit.

28. Paragraph 28. Admit.

29. Paragraph 29. Admit.

30. Paragraph 30. The paragraph contains legal conclusions to which no answer is required. To the extent an answer is deemed required, Defendants deny same.

31. Paragraph 31. Defendants admit that § 2 of the Defense of Marriage Act ("DOMA") was codified at 28 U.S.C. 1738C. The remainder paragraph contains legal conclusions to which no answer is required.

32. Paragraph 32. Admit.

33. Paragraph 33. The paragraph calls for legal conclusions to which no answer is required.

34. Paragraph 34. The paragraph contains legal conclusions to which no answer is required. To the extent an answer is deemed required, Defendants deny same.

35. Paragraph 35. The paragraph contains legal conclusions to which no answer is required. To the extent an answer is deemed required, Defendants deny same.

36. Paragraph 36. The paragraph contains legal conclusions to which no answer is required. To the extent an answer is deemed required, Defendants deny same.

37. Paragraph 37. The paragraph contains legal conclusions to which no answer is required. To the extent an answer is deemed required, Defendants deny same.

38. Paragraph 38. Admit.

39. Paragraph 39. Admit.

40. Paragraph 40. The paragraph contains legal conclusions to which no answer is required. To the extent an answer is deemed required, Defendants deny same.

41. Paragraph 41. The paragraph contains legal conclusions to which no answer is required.

42. Paragraph 42.    The paragraph contains legal conclusions to which no answer is required.

43. Paragraph 43.    Admit.

44. Paragraph 44.    The paragraph contains legal conclusions to which no answer is required. To the extent an answer is deemed required, Defendants deny same.

45. Paragraph 45.    The paragraph contains legal conclusions to which no answer is required. To the extent an answer is deemed required, Defendants deny same.

46. Paragraph 46.    The paragraph contains legal conclusions to which no answer is required. To the extent an answer is required, Defendants deny same.

47. Paragraph 47.    Admit.

48. Paragraph 48.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

49. Paragraph 49.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

50. Paragraph 50.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

51. Paragraph 51.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

52. Paragraph 52.    Admit.

53. Paragraph 53.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

54. Paragraph 54.    Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

55. Paragraph 55.    Defendants admit that the American Psychological Association and the American Psychiatric Association have issued statements that all major national mental health organizations have officially expressed concerns about therapies promoted to modify sexual orientation and advise against such treatments. Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

56. Paragraph 56.    Defendants admit that gay and lesbian people represent a small minority of the population. Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the remainder of Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

57. Paragraph 57.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

58. Paragraph 58.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

59. Paragraph 59.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

60. Paragraph 60.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

61. Paragraph 61.    Admit.

62. Paragraph 62.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

63. Paragraph 63.    Admit.

64. Paragraph 64.    The paragraph contains legal conclusions which do not require an answer.

65. Paragraph 65.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

66. Paragraph 66.    The paragraph contains legal conclusions which do not require an answer.

67. Paragraph 67.    Admit.

68. Paragraph 68.    Admit.

69. Paragraph 69.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

70. Paragraph 70.    Admit.

71. Paragraph 71.    Admit.

72. Paragraph 72.    Admit.

73. Paragraph 73.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

74. Paragraph 74.    Admit.

75. Paragraph 75.    Admit.

76. Paragraph 76.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

77. Paragraph 77.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

78. Paragraph 78.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

79. Paragraph 79.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

80. Paragraph 80.	Defendants admit that Kentucky does not recognize same-sex marriages from other jurisdictions, and that Kentucky does not extend the legal protections of marriage to same-sex couples. The remainder of the paragraph contains legal conclusions which do not require an answer.

81. Paragraph 81.	Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations. The paragraph also contains legal conclusions which do not require a response.

82. Paragraph 82.	Admit.

83. Paragraph 83.	Admit.

84. Paragraph 84.	Admit.

85. Paragraph 85.	The paragraph contains legal conclusions which do not require an answer.

86. Paragraph 86.	Defendants admit that same-sex spouses and their children are precluded from recovering loss of consortium damages in civil litigation following a wrongful death. Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the remainder of the Plaintiff's allegations in this paragraph and therefore cannot admit or deny those allegations.

87. Paragraph 82.	Admit.

88. Paragraph 88.	The paragraph contains legal conclusions which do not require an answer.

89. Paragraph 89.	Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

90. Paragraph 90.    Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

91. Paragraph 91.    Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

92. Paragraph 92.    Defendants are without knowledge or information sufficient to form a belief as to the truth of any of the Plaintiffs' allegations in this paragraph and therefore cannot admit or deny those allegations.

93. Paragraph 93.    Admit.

94. Paragraph 94.    The paragraph contains legal conclusions which do not require an answer.

95. Paragraph 95.    The paragraph contains legal conclusions which do not require an answer.

96. Paragraph 96.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

97. Paragraph 97.    The paragraph contains legal conclusions which do not require an answer. To the extent an answer is deemed required, Defendants deny same.

98. Paragraph 98.    The paragraph contains legal conclusions which do not require an answer.

Plaintiffs' prayer for relief does not require a response, but to the extent an answer may be deemed necessary, defendants DENY that Plaintiffs are entitled to the requested relief or to any other relief whatsoever.

Any allegation of the Complaint not expressly admitted above is denied.

## FIRST DEFENSE

Plaintiffs' claims are barred in whole or in part by res judicata and collateral estoppel.

## SECOND DEFENSE

Plaintiffs' Complaint fails to establish subject matter jurisdiction in this Court because Plaintiffs lack standing, as they have not alleged an injury in fact, Plaintiffs' claims are not ripe, and do not amount to an Article III "Case or Controversy."

## THIRD DEFENSE

Plaintiffs' Complaint fails to state a claim under 42 U.S.C. § 1983 and U.S. CONST. amend. XIV.

## FOURTH DEFENSE

Plaintiffs' claims are barred by the *Rooker-Feldmann* or *Younger* doctrine.

## FIFTH DEFENSE

Plaintiffs' claims are barred by U.S. CONST. amends. X and XI and KY. CONST. §§ 230 and 231.

## SIXTH DEFENSE

Plaintiffs' claims to attorney fees are barred because their underlying federal claims are barred as stated herein.

## SEVENTH DEFENSE

Plaintiffs fail to state a claim under Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

JACK CONWAY
ATTORNEY GENERAL

/s/ Clay A. Barkley
Clay A. Barkley
Brian Judy
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, KY 40601
clay.barkley@ag.ky.gov
(502) 696-5300

## **CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING**

I hereby certify that on December 2nd, 2013, the foregoing was filed with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

/s/ Clay A. Barkley
**Clay A. Barkley**
Assistant Attorney General
700 Capital Ave. Suite 118
Frankfort, KY 40601
502-696-5300