UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:13-CV-750-H

GREGORY BOURKE, et al.  PLAINTIFFS

V.

STEVE BESHEAR, et al.  DEFENDANTS

**ORDER**

The Family Trust Foundation of Kentucky, Inc. (the "Foundation"), has moved for leave to file an *amicus curiae* brief in support of Defendants' opposition to Plaintiffs' motion for summary judgment. Along with the motion, the Foundation filed its *amicus* brief so the motion does not involve any delay. With an issue of this type, the views of interested parties are always helpful.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Foundation's motion for leave to file the *amicus curiae* brief tendered with its motion for leave be and hereby is GRANTED.

cc:   Counsel of Record