UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:13-CV-750-H

GREGORY BOURKE, *et al.*                                                    PLAINTIFFS

V.

STEVE BESHEAR, *et al.*                                                     DEFENDANTS

ORDER

The Court having issued a Memorandum Opinion and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that to the extent K.R.S. 402.005, .020, .040, and .045 and Section 233A of the Kentucky Constitution deny validly married same-sex couples equal recognition and benefits under Kentucky and federal law, they violate the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution.

The Court will set a hearing in the near future to discuss the appropriate form of relief and the timing of its effect.

This is not a final order.

cc:  Counsel of Record