IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | |
|---|---|
| GREGORY BOURKE, ET AL. )<br>)<br>    PLAINTIFFS )<br>) <br>and )<br>) <br>TIMOTHY LOVE, ET AL. )<br>)<br>    INTERVENING PLAINTIFFS )<br>)<br>v. )<br>)<br>STEVE BESHEAR, ET AL. )<br>)<br>    DEFENDANTS )<br>) | CIVIL ACTION NO.<br><br>3:13-CV-750-JGH |

\* \* \* \* \* \* \* \* \* \* \*

## MOTION TO INTERVENE

Pursuant to Fed. R. Civ. P. 24(b)(1)(B), Timothy Love and Lawrence Ysunza, along with Maurice Blanchard and Dominique James, by counsel, respectfully move this court for permission to intervene as co-plaintiffs in the action of *Gregory Bourke et al. v. Steve Beshear et al.* on the basis that their claim shares with the main action a common question of law or fact.

Fed. R. Civ. P. 24 (b)(1)(B) allows a party to intervene in an action with the Court's permission where there is a sufficient commonality of law and facts between the Intervening Plaintiffs' claim and the main action. The trial court has sound discretion to allow permissive

1

intervention.[1] In this case, the Equal Protection rights of same-sex couples under the Fourteenth Amendment of the U.S. Constitution are the same for both the existing Plaintiffs and the Intervening Plaintiffs. The Intervening Plaintiffs are two same-sex Kentucky couples who have sought a marriage license in the Commonwealth but have been denied on the basis of Kentucky Constitution Sec. 233A and KRS § 402.005 *et seq.*, the same discriminatory legal framework challenged in the existing action.

Further, the interest of judicial economy will be served by an adjudication of the parties' rights in one order, rather than in a piecemeal fashion with the risk of inconsistent opinions. This also serves the interests of the Commonwealth Defendants in terms of resources that would be devoted to litigating and/or appealing two cases that involve the same legal claims and defenses. The claims of both the Plaintiffs and the Intervening Plaintiffs are based upon identical legal arguments.

Intervening Plaintiffs' Complaint, setting forth their Equal Protection claims and request for relief, is attached hereto. Intervening Plaintiffs ask that this Court exercise its discretion and enter the attached Order allowing the interventions to further the interests of justice, consistency, and judicial economy.

---

[1] *Meyer Goldberg, Inc. v. Goldberg*, 717 F.2d 290, 294 (6th Cir. 1983).

<div style="display: flex;">
<div>
Shannon Fauver  
Dawn Elliott  
FAUVER LAW OFFICE, PLLC  
1752 Frankfort Ave.  
Louisville , KY 40206  
(502) 569-7710  
www. fauverlaw.com  
Counsel for all Plaintiffs
</div>
<div>
Respectfully submitted,

s/*Daniel J. Canon*
Daniel J. Canon  
Laura E. Landenwich  
L. Joe Dunman  
Louis P. Winner  
CLAY DANIEL WALTON ADAMS, PLC  
Meidinger Tower, Suite 101  
462 S. Fourth Street  
Louisville, KY 40202  
(502) 561-2005  
www.justiceky.com  
*Counsel for all Plaintiffs*
</div>
</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Clay A. Barkley  
Brian Judy  
Assistant Attorney Generals  
Office of the Attorney General  
Suite 118  
700 Capital Avenue  
Frankfort, KY 40601  
*Counsel for Defendants Steve Beshear and Jack Conway*

/s/ *Daniel J. Canon*