IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | |
|---|---|
| GREGORY BOURKE, ET AL. ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | CIVIL ACTION NO. |
| and ) | |
| ) | 3:13-CV-750-JGH |
| TIMOTHY LOVE, ET AL. ) | |
| ) | |
| INTERVENING PLAINTIFFS ) | |
| ) | |
| v. ) | |
| ) | |
| STEVE BESHEAR, ET AL. ) | |
| ) | |
| DEFENDANTS ) | |
| ) | |

\* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR IMMEDIATE PRELIMINARY
## AND PERMANENT INJUNCTIVE RELIEF

Pursuant to Fed. R. Civ. P. 65, Intervening Plaintiffs, Timothy Love and Lawrence Ysunza, along with Maurice Blanchard and Dominique James, hereby move for preliminary and permanent injunctive relief and request that the Court order that the Commonwealth of Kentucky immediately issue marriage licenses to Plaintiffs. The circumstances necessitating preliminary injunctive relief are detailed in Plaintiffs' Intervening Complaint. The legal justifications for injunctive relief are detailed in this Court's February 12, 2014 memorandum opinion. This opinion unequivocally states that the Commonwealth's denial of Plaintiff's right to marry violates the Equal Protection guarantee embodied in the Fourteenth Amendment.

In addition, Plaintiffs state:

1. Plaintiffs have set forth sufficient facts and evidence that their rights have been and are continue

1

to be violated;

2. Plaintiffs have already suffered losses, and will suffer immediate and irreparable injury, loss, or damage if they are not given the same marital rights as opposite-sex couples in the Commonwealth of Kentucky;

3. The acts of the Defendants in barring Plaintiffs from marrying may result in the ineffectiveness of any final judgment rendered;

4. Plaintiff is able to show substantial likelihood of success on the merits;

5. No prejudice will result to the Defendants in issuing licenses to Plaintiffs, however Plaintiffs suffer extreme prejudice by the Commonwealth's refusal to grant them marriage licenses.

Plaintiffs state that there is ongoing immediate and irreparable harm caused to them by the Commonwealth's knowing violation of their constitutional rights, and that they do not have an adequate remedy at law to address the ongoing harm, nor to obtain a final judgment, unless and until licenses are issued and they are permitted to obtain the same recognition as opposite-sex couples in the Commonwealth of Kentucky.

Respectfully submitted,

s/*Daniel J. Canon*

| | |
|---|---|
| Shannon Fauver | Daniel J. Canon |
| Dawn Elliott | Laura E. Landenwich |
| FAUVER LAW OFFICE, PLLC | L. Joe Dunman |
| 1752 Frankfort Ave. | Louis P. Winner |
| Louisville, KY 40206 | CLAY DANIEL WALTON ADAMS, PLC |
| (502) 569-7710 | Meidinger Tower, Suite 101 |
| www.fauverlaw.com | 462 S. Fourth Street |
| Counsel for all Plaintiffs | Louisville, KY 40202 |
| | (502) 561-2005 |
| | www.justiceky.com |
| | *Counsel for all Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Clay A. Barkley
Brian Judy
Assistant Attorney Generals
Office of the Attorney General
Suite 118
700 Capital Avenue
Frankfort, KY 40601
*Counsel for Defendants Steve Beshear and*
*Jack Conway*

/s/ Daniel J. Canon