UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**GREGORY BOURKE, et al.**                                                                                      **PLAINTIFF(S)**

**VS**                                                                                                              **CIVIL ACTION NO. 3:13CV-750-H**

**STEVE BESHEAR, et al.**                                                                                       **DEFENDANT(S)**

### O R D E R

    **IT IS ORDERED** that the above-styled case is set for a telephonic conference on **FEBRUARY 26, 2014 at 1:00 p.m., prevailing Louisville time.** The parties shall be prepared to discuss the pending motions that are before the Court. The Court will initiate the call.
    No later than THREE days prior to the date of the conference, each party to this action shall notify the deputy clerk of the name(s) of the individual(s) who will participate by telephone and indicate the telephone number and extension at which they can be reached at that time. Notification may be made by e-mail to: andrea_morgan@kywd.uscourts.gov. Local counsel may also appear if person, if they wish to do so by notifying the Court's Deputy.

Date: February 19, 2014

                                                                ENTERED BY ORDER OF COURT
                                                                JOHN G. HEYBURN II, JUDGE
                                                                UNITED STATES DISTRICT COURT
                                                                  VANESSA L. ARMSTRONG, CLERK

                                                                BY:  /s/: Andrea Morgan
                                                                     Deputy Clerk

Copies to:
Counsel of Record