UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:13-CV-750-H

GREGORY BOURKE, et al.                                                                    PLAINTIFFS

V.

STEVE BESHEAR, et al.                                                                     DEFENDANTS

**ORDER**

The parties and the Court having discussed the Court's Memorandum Opinion and its Order dated February 12, 2014; no party having objection to the entry of a final order consistent with it; and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that to the extend K.R.S. 402.055, .020, .040, and .045 and Section 233A of the Kentucky Constitution act to deny validly married same-sex couples equal recognition and benefits under Kentucky and federal law, those laws violate the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution, and they are void and unenforceable.

This is a final and appealable order.

cc: Counsel of Record