UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**TIMOTHY LOVE, et al.**          INTERVENING PLAINTIFF(S)

**VS**          CIVIL ACTION NO. 3:13CV-750-H

**STEVE BESHEAR, et al.**          INTERVENING DEFENDANT(S)

### ORDER

The Court having entered an order on February 27, 2014 (DN#55) a final and appealable order.

**IT IS HEREBY ORDERED** that the Clerk shall modify the style of the case to *Love, et al. vs. Beshear, et al.*

Date: February 27, 2014

Copies to counsel