UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **TIMOTHY LOVE, et al.** | **INTERVENING PLAINTIFF(S)** |
| **VS** | **CIVIL ACTION NO. 3:13CV-750-H** |
| **STEVE BRESHEAR, et al.** | **INTERVENING DEFENDANT(S)** |

### O R D E R

     This Court having conducted a conference on February 26, 2014 regarding several matters including the motion for preliminary and permanent injunction **(DN#50).** The Court having discussed this motion with counsel and being sufficiently advised;

     **IT IS HEREBY ORDERED** that the motion for preliminary and permanent injunction **(DN#50) is DENIED.**

Date: February 28, 2014

Copies to:

All Counsel of Record

Court Reporter: Alan Wernecke

Court Time:   00/01