UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **TIMOTHY LOVE,** et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CASE No. 3:13-CV-750 (JGH) |
| ) | *Electronically filed* |
| **STEVE BESHEAR,** et al. ) | |
| ) | |
| ) | |
| Defendants ) | |

## **ORDER**

The Court, being sufficiently advised, hereby dismisses Defendant Jack Conway, in his official capacity as Attorney General of Kentucky, from this action. The Attorney General announced that he will no longer defend the provisions that this Court has struck down as unconstitutional in its order of Feb. 27, 2014, and reiterated such in his Motion to Dismiss of March 20, 2014. After the Attorney General's announcement, there is currently no substantial controversy or adverse legal interests between Plaintiffs and the Attorney General. *See Decker v. Northwest Environmental Defense Center*, 133 S.Ct. 1326 (2013).